■ THERESA ARGENIO et al., Plaintiffs, v CUSHMAN & WAKEFIELD, INC., Respondent, and OTIS ELEVATOR COMPANY, Appellant. (And Third-Party Actions.) [667 NYS2d 307] —In a negligence action to recover damages for personal injuries, etc., the defendant Otis Elevator Company appeals from an order of the Supreme Court, Suffolk County (Gowan, J.), dated December

27, 1996, which denied its motion pursuant to CPLR 3215 and 3216 for leave to enter a default judgment on its cross claim against the defendant Cushman & Wakefield, Inc.

Ordered that the order is reversed, on the law, with costs, and the motion of the defendant Otis Elevator Company for leave to enter a default judgment on its cross claim against the defendant Cushman & Wakefield, Inc., is granted.

Since the pleadings of Cushman & Wakefield, Inc., have previously been stricken pursuant to CPLR 3126 (*see, Argenio v Cushman & Wakefield*, 227 AD2d 578), the court should have granted the motion of Otis Elevator Company for leave to enter a default judgment on its cross claim (*see, Curiale v Ardra Ins. Co.*, 88 NY2d 268, 279; *Rokina Opt. Co. v Camera King*, 63 NY2d 728, 730; *Vierya v Briggs & Stratton Corp.*, 184 AD2d 766, 768). Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.